IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL A. HAGAR | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv101 |
| FEDERAL BUREAU OF INVESTIGATION | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael A. Hagar, an inmate at the Federal Correctional Complex located in Beaumont, Texas, proceeding *pro se*, brought this lawsuit pursuant to the Freedom of Information Act.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting the defendant's motion for summary judgment and dismissing this action.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. It is

ORDERED that the Defendant's motion for summary judgment is GRANTED. A separate Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 25th day of March, 2024.**

Michael J. Truncale
United States District Judge